JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ) NO. CR12-5402BHS
                          )
            Plaintiff,    )
                          ) ORDER EXTENDING PRETRIAL
      vs.                 ) MOTIONS' DEADLINE
                          )
DANIEL SAGGESE,           )
                          )
            Defendant.    )

Upon the defense's unopposed motion for an extension of the pretrial motions' deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date be continued to October 31, 2012.

DONE this ___ day of October, 2012.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Miriam Schwartz
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER EXTENDING PRETRIAL MOTIONS' DEADLINE
United States v. Saggese, CR12-5402BHS                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710