UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR12-5402-BHS |
| Plaintiff, | ) | |
| vs. | ) | |
| DANIEL SAGGESE, | ) | ORDER ALLOWING WITHDRAWAL OF MOTION TO DISMISS INDICTMENT |
| Defendant. | ) | |
| _____ | ) | |

Based on Defendant's Motion to Withdraw the Motion to Dismiss Indictment and the affidavit of defense counsel filed in support of the motion, the facts set forth in which are hereby incorporated by reference and adopted as findings of the Court,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss Indictment entered by the defendant in this case on October 31, 2012 (docket #19) is hereby withdrawn.

DONE this 31st day of January, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Miriam Schwartz
MIRIAM F. SCHWARTZ
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**